United States District Court
for the
Southern District of Florida

Jesus Enrique Mendoza Rodriguez, )
Petitioner, )
)
v. ) Civil Action No. 18-24238-Civ-Scola
)
Mark J. Moore, and others, )
Respondents.

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On May 17, 2019, Judge Reid issued a report, recommending that the Court dismiss this case as moot by virtue the Petitioner's post-suit release without bond. (Report of Magistrate, ECF No. 34.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (ECF No. 34). The Court **denies** as moot the petition for writ of habeas corpus (ECF No. 1) and dismissed this case without prejudice to Petitioner's right to file a future petition if circumstances change. The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on June 19, 2019.

_____
Robert N. Scola, Jr.
United States District Judge